**Order entered May 10. 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00224-CR

**JORGE SUAREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 11**
**Dallas County, Texas**
**Trial Court Cause No. MA10-72305-N**

## ORDER

Appellant's April 24, 2013 motion to supplement the record and to hold the briefing schedule in abeyance is **GRANTED** to the extent we **ORDER** court reporter Vearneas W. Faggett to file, within **THIRTY** days of the date of this order, a supplemental reporter's record that will include the December 6, 2011 hearing on increasing appellant's bond and the hearing held between December 8 and 12, 2011 regarding the transcription of the bond hearing. In the event no notes are available to transcribe into the requested supplemental reporter's record, Faggett is **ORDERED** to file a letter stating that the requested supplemental reporter's record cannot be filed.

Our records indicate the third supplemental item appellant requests in his motion, a reporter's record of the hearing held on his motion for new trial, was filed with the Court on April 25, 2013.

We **EXTEND** the time to file appellant's brief until **SIXTY** days from the date of this order.

WE **DIRECT** the Clerk of the Court to send a copy of this order by electronic transmission to Vearneas W. Faggett.

/s/　　LANA MYERS
　　　　JUSTICE